JOSEPH GUERRIERO v. WILLIAM KOHLHEPP AND
JIHBIN HWANG & YU HWANG.

March 13, 1984.

Petition for certification denied.

ALFRED P. ACQUILINO v. THE PLANNING BOARD OF THE
BOROUGH OF SEA GIRT.

March 13, 1984.

Petition for certification denied.

BRUNSWICK HILLS RACQUET CLUB v. ROUTE
18 ASSOCIATES.

March 13, 1984.

Petition for certification denied.

ROBERT TUSCHAK AND HERBERT SMILOWITZ v. MAYOR &
TOWNSHIP COMMITTEE OF THE TOWNSHIP OF
HILLSBOROUGH.

March 13, 1984.

Petition for certification denied.